# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

SPECIALIZED LOAN SERVICING, LLC

NO.   2022 CW 0326

VERSUS

MONIQUE L. HIBBS A/K/A MONIQUE HIBBS

**JULY 18, 2022**

---

In Re:   Monique L. Hibbs a/k/a Monique Hibbs, applying for supervisory writs, 21st Judicial District Court, Parish of Livingston, No. 167613.

---

**BEFORE:   HOLDRIDGE, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

**GH**
**AHP**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

a.Sn

DEPUTY CLERK OF COURT
FOR THE COURT